UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 413-1?? |
| Plaintiff | ) CRIMINAL NO. 08MJ 324 | |
| | ) | |
| vs. | ) ORDER | |
| | ) RELEASING MATERIAL WITNESS | |
| Mayorquin - Escobedo et al; | ) Booking No. | |
| Defendant(s) | ) | |

On order of the United States ~~District/~~ Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Marco Antonio Vasquez - Garcia

DATED: 2/19/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy ~~Clerk~~

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082