UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08 CR 413- 167_ |
| | ) | _08 MJ 324_ |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Mayorquim - Escobedo et al. | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, _Ruben B. Brooks_

IT IS HEREBY ORDERED that the following named person heretofore
committed to the custody of the United States Marshal as a material witness be
released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Luis Armando Avila- Garcia

DATED: __2/19/08__

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
                    DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by
Deputy Clerk